JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al,<br><br>    Plaintiffs,<br><br>vs.<br><br>IPURITY, INC., and KURT PETER GILSON,<br><br>    Defendants. | Case No.: CV11-8911 JFW (PLAx)<br><br>Assigned to the Honorable<br>John F. Walter<br><br>**ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**<br><br>Fed. R. Civ. Proc. 41(a)(i) |

Pursuant to the Plaintiffs' "Notice of Voluntary Dismissal, With Prejudice, of Entire Action," and Fed. R. Civ. Proc. 41(a)(i), and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT,

This Action is dismissed, with prejudice.

DATED: February 2, 2012         _____
                                UNITED STATES DISTRICT COURT JUDGE

1

Order

LA 11 CV 08911 JFW - O JS6.doc